THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, #132431 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-645-WHA |
| | ) | [WO] |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 3, 2011, the Magistrate Judge filed a Recommendation (Doc. 13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 13) of the Magistrate Judge is ADOPTED;

2. Plaintiff's motion to dismiss is GRANTED (Doc. 12); and

3. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 24th day of January, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE